CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
May 20, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **HARLEY S. HUGHES,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25CV00091 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **DUFFIELD REGIONAL JAIL, ET AL.,** | ) | BY JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Harley S. Hughes, Pro Se Plaintiff.*

The plaintiff, proceeding pro se, has filed a civil rights Complaint under 42 U.S.C. §1983 against local jail officials for alleged violations of his constitutional rights. Based on review of the recent record, I conclude that this action must be dismissed without prejudice.

After receiving Hughes' § 1983 Complaint, the court issued an Order warning him that failure to notify the court immediately of any change in his mailing address would result in dismissal of the case without prejudice. On March 31, 2025, a mailing from the court to the address Hughes had provided was returned as undeliverable, with no forwarding address. The court has had no communication from Hughes since that mailing was returned. It is self-evident that the court must have a reliable address by which to communicate with the plaintiff about the case. Accordingly, I will dismiss this action without prejudice.

An appropriate Final Order will issue herewith.

                                  ENTER:   May 20, 2025

                                  /s/  JAMES P. JONES
                                  Senior United States District Judge